IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Harold D. Cox, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-CV-5874 and |
| | ) | Coordinated Cases |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| Cook County Sheriff Thomas Dart, | ) | |
| | ) | |
| Defendant. | ) | |

**Defendant's Filing Pursuant to Case Management Order Number 12**

NOW COMES the Defendant, COOK COUNTY SHERIFF THOMAS J. DART ("Defendant"), through his attorney, ANITA ALVAREZ, State's Attorney of Cook County, by and through her assistant, Conor T. Fleming, pursuant to paragraph 3 of Case Management Order Number 12, dated July 7, 2015, and in support states as follows:

In paragraph 3 of this Court's case management order, the Court directed Defense counsel to file a list of cases concerning which the Cook County Department of Corrections ("CCDOC") has no record of administrative exhaustion, including whether plaintiffs filed a grievance regarding the general conditions of confinement in his or her housing unit, as well as finalized the grievance process by pursuing an appeal. The below list includes and categorizes the results of Defense counsels' review.[1] These results are supported by an affidavit from Theresa Olsen, Director of Inmate Services at CCDOC, attached hereto as Exhibit A.

Per the Court's order, in addition to this master filing, Defendant is to file this status update in the individual cases which Plaintiff is believed to not have exhausted administrative remedies. Accordingly, this filing, along with the affidavit from Theresa Olsen (Ex. A), will be

---

[1] Please note: *Ortega v. Dart*, 14-CV-3868, was included in the list but grievance information was not pulled because that case was dismissed with prejudice on August 6, 2015.

1

filed in the individual cases listed in Section I. A-C, *infra*. In the interest of judicial economy, Defendant will file only the exhibit containing grievances of the individual Plaintiff in each individual case. The complete set is filed in the consolidated action, *Cox v. Dart*, 13-cv-5874.

I. **Cook County Department of Corrections records indicate that the following plaintiffs did not exhaust administrative remedies for the following reasons.**

   A. CCDOC records indicate that the following inmates filed no grievances during their incarceration. See Ex. A at ¶32.

| | | |
|---|---|---|
| 1. | 14 C 3795 | Jeryl Bowdery |
| 2. | 14 C 3797 | Danny Phipps |
| 3. | 14 C 3892 | Charles Hawkins Jr. |
| 4. | 14 C 3938 | Carlos Davila |
| 5. | 14 C 4024 | Arden Nunez |
| 6. | 14 C 4025 | Travis Huntley |
| 7. | 14 C 4076 | Jamal Campbell |
| 8. | 14 C 4077 | Anthony Renaldo Patterson |
| 9. | 14 C 4146 | Glenn McFarland |
| 10. | 14 C 4236 | Christopher Gardner |
| 11. | 14 C 4587 | Phillip Jefferson |
| 12. | 14 C 4589 | Anthony Q. Russell |
| 13. | 14 C 4633 | Marc Steven Koronkiewicz, Jr. |
| 14. | 14 C 4637 | Theotis Gregg |
| 15. | 14 C 4638 | Anthony Mays-Robinson |
| 16. | 14 C 4640 | John A. Hunley |
| 17. | 14 C 4641 | Raymond Trotter |
| 18. | 14 C 4642 | Andre Whitty |

   B. CCDOC records indicate that the following inmates filed grievances, but upon review of those grievances, the grievances filed DO NOT relate to their housing or living conditions. *See* Ex. A at ¶33. The grievances are attached hereto as exhibits.

| | | | |
|---|---|---|---|
| 1. | 14 C 4022 | Robert Kent Burch | (Ex. A) |
| 2. | 14 C 4495 | Travis Byrd | (Ex. B) |
| 3. | 14 C 3891 | Darryl Gibson | (Ex. C) |
| 4. | 14 C 4323 | David Hernandez | (Ex. D) |
| 5. | 14 C 4112 | Gregory Johns | (Ex. E) |
| 6. | 14 C 4114 | Edwin Tamras | (Ex. F) |
| 7. | 14 C 4421 | James Montgomery | (Ex. G) |
| 8. | 14 C 3896 | Gregory Swayzer | (Ex. H) |
| 9. | 14 C 4411 | William Taylor | (Ex. I) |

|     |           |                 |          |
|-----|-----------|-----------------|----------|
| 10. | 14 C 4020 | Eric White      | (Ex. J)  |
| 11. | 14 C 4147 | Shawn Wright    | (Ex. K)  |
| 12. | 14 C 4364 | Micale Marshall | (Ex. L)  |
| 13. | 14 C 4143 | Bruce Williams  | (Ex. M)  |
| 14. | 14 C 4585 | Morris Brown    | (Ex. EE) |

C. CCDOC records indicate that the following inmates filed grievances regarding their housing or living conditions, but failed to appeal the grievance response and have thereby failed to exhaust their administrative remedies. *See* Ex. A at ¶34. The grievances are attached hereto as exhibits.

|     |           |                    |          |
|-----|-----------|--------------------|----------|
| 1.  | 14 C 3771 | John G. Ambrose    | (Ex. N)  |
| 2.  | 14 C 3934 | Milton Barber      | (Ex. O)  |
| 3.  | 14 C 3992 | Sherrod Chandler   | (Ex. P)  |
| 4.  | 14 C 4171 | Ronnie Chatman     | (Ex. Q)  |
| 5.  | 14 C 4415 | Maurice Collier    | (Ex. R)  |
| 6.  | 14 C 4634 | Juan Cortez        | (Ex. S)  |
| 7.  | 14 C 4588 | Gayden, Brian      | (Ex. T)  |
| 8.  | 14 C 3827 | McCollum, Aaron    | (Ex. U)  |
| 9.  | 14 C 4211 | Mendoza, Dagoberto | (Ex. V)  |
| 10. | 14 C 3879 | Richardson, Brandon| (Ex. W)  |
| 11. | 14 C 4079 | Eric Williams      | (Ex. X)  |
| 12. | 14 C 3995 | Gregory Williams   | (Ex. Y)  |
| 13. | 14 C 4026 | Jimmie Young       | (Ex. Z)  |
| 14. | 14 C 4363 | Joseph Thomason    | (Ex. AA) |

II. **Cook County Department of Corrections records indicate that the following plaintiffs have exhausted administrative remedies for the following reasons.**

    A. CCODC records indicate that the following inmates filed a grievance relating to their housing or living conditions and exhausted their administrative remedies. The grievances are attached hereto as exhibits.

| | | | |
|---|---|---|---|
| 1. | 14 C 4252 | Daniel Garza | (Ex. BB) |
| 2. | 14 C 4199 | Valen Little | (Ex. CC) |
| 3. | 14 C 4107 | Thomas Simpson | (Ex. DD) |

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ *Conor T. Fleming*
Conor T. Fleming
Assistant State's Attorney
Richard J. Daley Center
50 West Washington, Suite 500
Chicago, Illinois 60602
(312) 603-5527

4